# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,**
Appellant,

v.

**DOROTHY C. GATTERDAM,**
Appellee.

No. 4D17-3254

[October 11, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert Belanger, Judge; L.T. Case No. 56-2010-CA 001004.

Jason F. Joseph of the Tromberg Law Group, P.A., Boca Raton, for appellant.

Kendrick Almaguer and Thomas Eross Jr. of The Ticktin Law Group, P.L.L.C., Deerfield, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***